# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

SUSAN CHEN AND NAIXIANG LIAN,

Plaintiffs,

v.

CITY OF REDMOND,

Defendant.

Case No. C17-569-RSM

ORDER RE: REQUESTS TO EXTEND DEADLINES AND FOR COURT-APPOINTED COUNSEL

This matter comes before the Court on Plaintiff Susan Chen's Motion requesting an extension of certain deadlines and requesting court-appointed counsel. Dkt. #9. This Motion was filed without a noting date.

The Court will first address Ms. Chen's request to extend the deadlines for the Rule 26(f) Conference, Initial Disclosures, and Joint Status Report. *Id*. at 1. Ms. Chen presents a doctor's note indicating that she suffers from a subconjunctival hemorrhage caused by stress and recommending that she reduce her stress for the next 1-3 weeks. *Id*. at 5. The Court will grant this request and extend each of these deadlines by one month as stated below.

The Court will next address Ms. Chen's request for court-appointed counsel. Ms. Chen states that she "was found indigent by order of Washington Superior court in Feb 2014, and was represented by King County Office of Public Defense," and that she "continues to lack

ORDER RE: REQUESTS TO EXTEND DEADLINES AND FOR COURT-APPOINTED COUNSEL - 1

sufficient funds to seek review in this case." *Id.* at 2. Ms. Chen provides no other evidence that she cannot afford to hire an attorney in this matter. The Court finds that Plaintiffs' request lacks information that is necessary for the Court's review as stated below. The Court will allow Plaintiffs to submit this information and note this portion of the Motion for consideration at a later date.

Having reviewed the relevant briefing and the remainder of the record, the Court hereby finds and ORDERS:

1) Plaintiff's Motion to Extend Deadlines, Dkt. #9, is GRANTED in relevant part. The new deadlines are as follows:
    a. FRCP 26f Conference Deadline: 6/16/2017
    b. Initial Disclosure Deadline: 6/23/2017
    c. Joint Status Report Due: 6/30/2017
2) Plaintiffs' Motion for court-appointed counsel lacks certain information that is necessary for the Court's review. The Court therefore REQUESTS the following from Plaintiffs **no later than Wednesday, May 31, 2017**:
    a. a copy of the Feb 2014 Washington Superior Court Order finding Ms. Chen indigent;
    b. a signed and sworn declaration from one or more of the Plaintiffs with the following:
        i. evidence of income, assets, and expenses, or otherwise explaining how they lack sufficient funds to retain counsel;
        ii. evidence of any previous attempts to hire an attorney in this matter.
    c. The Court does not need bank statements or other records from Plaintiffs.

ORDER RE: REQUESTS TO EXTEND DEADLINES AND FOR COURT-APPOINTED COUNSEL - 2

3) The Court DIRECTS the Clerk to note Plaintiffs' Motion for Court Appointed Counsel, Dkt. #9, for consideration on June 9, 2017.

4) The Court DIRECTS the Clerk to mail a copy of this Order to Plaintiffs at PO BOX 134, REDMOND, WA 98073.

DATED this 16 day of May 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER RE: REQUESTS TO EXTEND DEADLINES AND FOR COURT-APPOINTED COUNSEL - 3