UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SUSAN CHEN AND NAIXIANG LIAN,

Plaintiffs,

v.

CITY OF REDMOND,

Defendant.

Case No. C17-569 RSM

ORDER GRANTING SECOND REQUEST TO EXTEND DEADLINES

This matter comes before the Court on Plaintiff Susan Chen's second Motion requesting an extension of certain deadlines. Dkt. #12. This Motion was filed without a noting date.

Ms. Chen informs the Court that she has a related case filed in this Court, Case No. 16-cv-1877-JLR, where she has been appointed counsel. *Id*. Ms. Chen requests that the deadlines in this matter for Rule 26(f) conference, initial disclosure, and joint status report be extended so that her appointed counsel can make an appearance and consolidate the two related cases.

The Court finds that Ms. Chen has demonstrated good cause to extend these deadlines. Further, the Court finds that Ms. Chen has counsel who will make an appearance in this matter shortly and therefore does not need additional counsel to be appointed. Having reviewed the relevant briefing and the remainder of the record, the Court hereby finds and ORDERS that:

ORDER GRANTING SECOND REQUEST TO EXTEND DEADLINES - 1

(1) Plaintiff's Second Motion to Extend Deadlines (Dkt. #12) is GRANTED.  The new deadlines are as follows:

    a. FRCP 26f Conference Deadline: 7/16/2017

    b. Initial Disclosure Deadline: 7/23/2017

    c. Joint Status Report Due: 7/30/2017

2) Plaintiffs' Motions for court-appointed counsel (Dkts. #9 and #11) are STRICKEN as MOOT.

3) The Court DIRECTS the Clerk to mail a copy of this Order to Plaintiffs at PO BOX 134, REDMOND, WA 98073.

DATED this 16th day of June 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING SECOND REQUEST TO EXTEND DEADLINES - 2