1

2

3

4

5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7

8

9

10 | SUSAN CHEN, et al., | CASE NO. C16-1877JLR

11 |         Plaintiffs, | ORDER TO SHOW CAUSE

    v.

12 | NATALIE D'AMICO,

13 |         Defendant.

14

15 | SUSAN CHEN, et al., | CASE NO. C17-0569JLR

        Plaintiffs,

16

    v.

17 | THE CITY OF REDMOND,

18 |         Defendant.

19

20 //

21 //

22 //

ORDER - 1

On June 21, 2017, the Honorable Chief Judge Ricardo S. Martinez transferred *Chen, et al. v. The City of Redmond*, No. C17-0569JLR (W.D. Wash.), to the undersigned judge as related to this matter. *See Chen, et al. v. The City of Redmond*, No. C17-0569JLR, Dkt. # 14 (W.D. Wash.). In both matters, Plaintiffs allege claims under 42 U.S.C. § 1983 relating to a Child Protective Services investigation involving the City of Redmond Police Department. (*See* SAC (Dkt. # 6)); *Chen*, No. C17-0569JLR, Dkt. # 1 (Compl.). Accordingly, the court ORDERS Plaintiffs and Defendants to both actions to show cause why this matter should not be consolidated with *Chen, et al. v. The City of Redmond*, No. C17-0569JLR pursuant to Federal Rule of Civil Procedure 42(a). No later than Monday, July 10, 2017, the parties must file responses of no more than five (5) pages each. Because Ms. Chen is now represented by counsel in this matter (*see* Am. Order of Appt. (Dkt. # 15)), she may not file a response on her own behalf, Local Rules W.D. Wash. LCR 83.2(b)(5) ("When a party is represented by an attorney of record in a case, the party cannot appear or act on his or her own behalf in that case . . . .").

Dated this 26th day of June, 2017.

JAMES L. ROBART
United States District Judge